AO 442 (Rev. 5/85) Warrant for Arrest

# United States District Court

**WESTERN**     **DISTRICT OF**     **TEXAS**

UNITED STATES OF AMERICA
V.
JERRALD STEVENSON JR.

**WARRANT FOR ARREST**

CASE NUMBER:  **SA: 15-MJ-0013**

**U.S. MARSHALS**
**RECEIVED**

**JAN 08 2015**

SAN ANTINIO, TX
ENFORCEMENT SECTION

**TO:  The United States Marshall**
**and any Authorized United States Officer:**

**YOU ARE HEREBY COMMAND TO ARREST:**  JERRALD STEVENSON JR.

and bring him or her forthwith to the  nearest magistrate to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

Charging him or her with: (brief description of offense) 18 USC 751(a) - Unlawfully and willfully escaped from an institution ordered by the United States Bureau of Prisons: to wit Crosspoint Residential Re-entry Center, San Antonio, TX

In violation of Title    18,    United States Code, Section(s)   751(a)

| Judge Pamela A. Mathy | CLERK, UNITED STATES DISTICT |
|---|---|
| Name & Title of Judicial Officer | Title of issuing Officer |

Signature of Judicial Officer

January 8, 2015  San Antonio, TX

Date and Location

(By) Deputy Clerk

**Bail fixed at $** _____

Conditions of release or detention
shall be set by proper officer upon arrest by: _____

Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above named defendant at:

San Antonio, TX

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 01/08/2015 | | |
| DATE OF ARREST | | |
| 06/16/2015 | for USMS | Saul Serna / CAS |